# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161118-9(75)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* GUARDIANSHIP OF ORTA, Minors.
_____

MARIA ORTA,
      Petitioner-Appellee,

v

LISA KEENEY, Guardian,
      Respondent-Appellant.
_____/

SC: 161118; 161119
COA: 346399; 346400
Delta PC: 15-021724-GM;
          15-021725-GM

      On order of the Chief Justice, the motion of petitioner-appellee to extend the time for filing her supplemental brief is DENIED as moot given that she was able to timely file the brief. On further order of the Chief Justice, the joint motion of the Family Law Council of the State Bar of Michigan and the Legal Services Association of Michigan to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief submitted on October 2, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2020



Clerk